**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | : | MDL No. 2545 |
| REPLACEMENT THERAPY PRODUCTS | : | Master Docket Case No. 1:14-cv-101748 |
| <u>LIABILITY LITIGATION</u> | : | Honorable Matthew F. Kennelly |
| | : | |
| Kenneth D. Fuller | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 16-cv-02084 |
| | : | |
| AbbVie Inc., and | : | |
| Abbott Laboratories, Inc., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## STIPULATION OF DISMISSAL *WITHOUT PREJUDICE*

It is hereby stipulated and agreed that Plaintiff Kenneth D. Fuller hereby dismisses all claims, *without prejudice*, in the matter pending against all Defendants in the above listed Testosterone action only because it is duplicative of his case also pending in this jurisdiction assigned Case No. 16-cv-01481. This stipulation shall not affect the lawsuit filed by Plaintiff pending in this jurisdiction and assigned Case No. 16-cv-01481. All parties shall bear their own costs.

Date: July 12, 2016


/s/: *Daniel N. Gallucci*
Daniel N. Gallucci
**NASTLAW LLC**
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107

/s/: *Christopher R. Boisvert*
Christopher R. Boisvert
**DECHERT LLP**
Cira Center
2529 Arch Street
Philadelphia, Pennsylvania 19104-2808

| | |
|---|---|
| Telephone: (215) 923-9300<br>Facsimile:  (215) 923-9302<br>Email: dgallucci@nastlaw.com | Telephone: (215) 994-2312<br>Facsimile:  (215) 656-2312<br>Email: chip.boisvert@dechert.com |
| *Attorney for Plaintiff* | *Attorney for AbbVie, Inc. Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals LLC* |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on July 12, 2016, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE to be served via the Court's CM/ECF filing system, which will provide notice to all counsel of record.

                                                   */s/ Daniel N. Gallucci*
                                                   Daniel N. Gallucci